Certificate Number: 02114-PR-DE-015476724

Bankruptcy Case Number: 1104994

02114-PR-DE-015476724

### CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 07/17/11, at 03:01 o'clock PM EST, Widalys Vzquez completed a course on personal financial management given by Internet by CredAbility, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District Of Puerto Rico.

**Title: Directora de Educación**                          Date:  **07.17.11**

**By:  /s/Mechel Glass**